Ying Liu (YL3636)
Carolyn Shields (CS9428)
LIU & SHIELDS LLP
136-65 37th Avenue, Suite 212
Flushing, New York 11354
Tel:718-463-1868
shieldscj@earthlink.net

Attorneys for BIAO HOU
And JING ZHANG, Plaintiffs

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BIAO HOU AND JING ZHANG, | ECF CASE |
| | CIVIL CASE NO. |
| Plaintiffs, | 08 CV 3531 KMK (mf) |
| --against-- | NOTICE OF VOLUNTARY |
| | DISMISSAL WITH PREJUDICE |
| RUI TANG AND LITAO FU, | (FRCP 41(a)(1)(A)(I)) |
| Defendants. | |

TO THE CLERK OF THE COURT AND TO ALL PARTIES:

PLEASE TAKE NOTICE that BIAO HOU and JING ZHANG, Plaintiffs in this action, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure and a settlement agreement entered into between the parties on June 27, 2008, hereby voluntarily dismiss this action with prejudice.

//

//

//

//

DATED: July 2, 2008                    LIU & SHIELDS LLP

By _____
YING LIU (YL3636)
CAROLYN SHIELDS (CS9428)
Attorneys for BIAO HOU and JING
ZHANG, Plaintiffs
136-65 37th Ave, Suite 212
Flushing, NY 11354
Tel:   718-463-1868
Fax:   718-463-2883
shieldscj@earthlink.net

PROOF OF SERVICE
(28 U.S.C. § 1746)

I, CAROLYN SHIELDS, declare:

I am one of the attorneys for the plaintiffs in this action and have personal knowledge of the facts set forth herein.

On July 2, 2008 I served the within VOLUNTARY NOTICE OF DISMISSAL WITH PREJUDICE (FRCP 41(a)(1)(A)(i) on the defendants by first-class mail, with postage prepaid, addressed as follows:

Litao Fu
42 Vanderbilt Avenue
Pleasantville, NY 10570

Rui Tang
42 Vanderbilt Avenue
Pleasantville, NY 10570

I affirm under penalty of perjury that the foregoing is true and correct. Executed on July 2, 2008.

_____
CAROLYN SHIELDS